**Standard Transportation Company, Libelant Appellant, v. Steam Tug EMMA KATE ROSS, Her Engines, etc.; P. Sanford Ross, Inc., Claimant Appellee.**

Circuit Court of Appeals, Second Circuit.
June 16, 1927.

No. 374.

Appeal from the District Court of the United States for the Eastern District of New York.

See, also, 18 F.(2d) 629.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

Macklin, Brown, Lenahan & Speer, of New York City (Pierre M. Brown, of New York City, of counsel), for appellant.

Alexander & Ash, of New York City (Edward Ash, of New York City, of counsel), for appellee.

PER CURIAM. Decree 21 F.(2d) 323, affirmed, with costs.